IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO ZANELA-CASTELAN<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 07- 09M-MPT<br>)<br>)<br>)<br>) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

　　1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

　　　　____ Crime of violence (18 U.S.C. § 3156)

　　　　____ Maximum sentence life imprisonment or death

　　　　____ 10+ year drug offense

　　　　____ Felony, with two prior convictions in above categories

　　　　____ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

　　　　_X_ Serious risk defendant will flee

　　　　____ Serious risk obstruction of justice

　　2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

　　　　_X_ Defendant's appearance as required

　　　　____ Safety of any other person and the community



FILED  JAN 18 2007  U.S. DISTRICT COURT  DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of \_\_\_ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_\_ (a) on release pending trial for a felony;

        \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_ (c) on probation or parole for an offense.

\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __18th__ day of __January__, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Robert F. Kravetz_
Robert F. Kravetz
Assistant United States Attorney